IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RICHARD LEON GOYETTE | § § | |
| v. | § | 2:13-CV-047 |
| UNITED STATES OF AMERICA | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF CORAM NOBIS

Came for consideration the Petition for Writ of Coram Nobis filed by defendant. On May 29, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant petition be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Petition for Writ of Coram Nobis filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this 20th day of June 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE